## Beltrante, Appellant, *v.* Bureau of Corrections.

Argued November 14, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*William R. H. Broome,* with him *Martin Heller,* for appellant.

*Marc Kapustin,* Deputy Attorney General, with him *Benjamin Lerner,* Deputy Attorney General, and *Israel Packel,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, December 4, 1973:
Order of Commonwealth Court affirmed.

Mr. Justice ROBERTS, Mr. Justice NIX and Mr. Justice MANDERINO concur solely on the ground that the statute of limitations has barred the cause of action.